**Teresa C. BOOKER, Plaintiff–Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellee.**

No. 02–1692.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 22, 2002.

Teresa C. Booker, Appellant Pro Se. Allyson Sinclair Jozwik, Frank V. Smith, III, Social Security Administration, Philadelphia, Pennsylvania; Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

**886**

PER CURIAM.

Teresa C. Booker appeals from the district court's order granting summary judgment to the Commissioner in this action challenging the Commissioner's decision denying Booker's claim for a period of disability and disability insurance benefits. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Booker v. Barnhart,* No. CA–01–105–2 (W.D.Va. May 7, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*